UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASTO VILLALBA SANDOVAL, Petitioner, v. MARKWAYNE MULLIN, et al., Respondents. | Case No. 5:26-cv-04493-SSC<br><br>JUDGMENT |

Pursuant to the Order filed concurrently herewith, **IT IS ADJUDGED** that the petition under 28 U.S.C. § 2241 is granted and that Petitioner **Casto Villalba Sandoval (A# 221-462-326)** is to be immediately released from immigration custody under conditions of supervision found to be appropriate by the decisionmaker.

DATED: August 20, 2026

HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE